IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIAM CARL SAPPINGTON**                                                  **PLAINTIFF**

v.                                                   No. 3:24-cv-108-RP

**FOUR BENTON COUNTY ARRESTING OFFICERS, et al.**      **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On June 27, 2025, the court entered an order requiring the plaintiff William Carl Sappington to pay the filing fee or submit a motion to proceed *in forma pauperis* within 21 days. [11]. The court warned the plaintiff, "Failure to do so may lead to the dismissal of this case without prejudice." *Id.* After the plaintiff failed to comply with that order, on January 16, 2026, the court ordered the plaintiff to show cause, within 21 days, why his case should not be dismissed for failure to comply with the previous order. [12]. The plaintiff did not respond to the show cause order.[1]

Therefore, this case is **DISMISSED** without prejudice for failure to prosecute or to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED AND ADJUDGED**, this, the 23rd day of February, 2026.

                                                             **/s/ Roy Percy**
                                                             **U.S. Magistrate Judge**

---

[1] On February 5, 2026, the plaintiff's copy of the show cause order was returned to the Clerk's Office as undeliverable. [13]. The plaintiff has not updated his address with the court despite the court's warning in a previous order, "The plaintiff is further warned that failure to keep the court informed of his current address may result in the dismissal of this lawsuit." [3].